**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Champion Enterprises, Inc., *et al.* | : | Case No. 09-14019 (KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Textron Financial Corporation**, Attn: Susan Andersson, 11575 Great Oaks Way, Suite 210, Alpharetta, GA 30022, Phone: 770-777-3370, Fax: 770-360-1693

2. **Wells Fargo Bank, N.A.,** Attn: Gordon Gendler, MAC N9311-110, 625 Marquette Avenue, Minneapolis, MN 55479, Phone: 612-667-7869, Fax: 866-680-1777

3. **Highbridge International LLC**, Attn: Jonathan Dorfman, 9 West 57th Street, 27th Floor, New York, NY 10019, Phone: 212-287-4900, Fax: 212-287-4915

4. **Citadel Equity Fund Ltd.**; Attn: Aloke Agarwal, 131 South Dearborn Street, 35W 403E, Chicago, IL 60603, Phone: 312-395-3286, Fax: 312-267-7630

5. **BlueLinx Corporation**, Attn: Dale Baird, PO Box 642265, Pittsburgh, PA 15264, Phone: 770-953-7000, Fax: 770-221-2129

ROBERTA A. DEANGELIS
Acting United States Trustee, Region 3


 /s/ Richard L. Schepacarter  for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: November 30, 2009

Attorney assigned to this Case: Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: James E. O'Neill, Phone: (302) 652-4100, Fax: (302) 652-4400